## IN THE COMMONWEALTH COURT OF PENNSYLVANIA

Ward Truckload Express, LLC, : 
  Petitioner : 
  : 
  v. : No. 2623 C.D. 2015
  : 
Workers' Compensation : 
Appeal Board (Roy), : 
  Respondent : 

## O R D E R

NOW, October 21, 2016, upon consideration of petitioner's application for reargument and respondent's answer in response thereto, the application is denied.

MARY HANNAH LEAVITT,
President Judge